

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*  *Suite 400*  DIRECT: 410-209-4959
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Riley @usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

July 22, 2022

**VIA ECF**

The Honorable George Levi Russell, III
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:   Motions Response Deadline, *United States v. Donte Herring et. al* (GLR-21-120)

Dear Judge Russell:

I write on behalf of the government in the above-referenced matter concerning the motions response deadline, which is currently set for July 29, 2022. The government respectfully requests that the Court extend the deadline for the government's filing of responses to Defendants' pretrial motions from Friday, July 29, 2022 until Friday, August 12, 2022. Due to pressing obligations from other cases, the government has not yet finalized its response to the Defendants' outstanding motions.

I have conferred with defense counsel for each of the defendants' in this case, and each has informed me that they consent to a three-week extension of the deadline.

Accordingly, the government respectfully requests that the Court extend the deadline for the filing of response motions to August 12, 2022 and that the Court likewise extend the filing of any reply to September 2, 2022.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Paul A. Riley
Assistant United States Attorney

cc:   All counsel (via ECF)