

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*  *Suite 400*  DIRECT: 410-209-4959
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Paul.Riley@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

January 25, 2023

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:  *United States v. Donte Herring et al.*, Crim. No. GLR-21-0120

Dear Judge Russell:

    I write on behalf of the Government in the above-referenced matter to request respectfully that the Court conduct a *Lafler/Frye* hearing in this matter to establish the terms of the plea offer made to each Defendant, the fact that the plea offer was communicated to each Defendant, and the fact that each Defendant rejected the plea offer.

    The purpose of such a hearing is plain: To ensure there is a clear record in the event either defendant subsequently brings a claim under 28 U.S.C. § 2255 alleging that his attorney failed to effectively convey any plea offer. Further, such a hearing is warranted in light of the significant sentencing exposure the Defendants will face if they are convicted at trial, which is currently set to begin on March 6, 2023.

    Undersigned counsel have conferred for counsel for each Defendant concerning this request for a *Lafler/Frye* hearing; each consents to it. Accordingly, the Government respectfully request that the Court set this matter in for a *Lafler/Frye* hearing or, alternatively, issue an Order of Reference to a Magistrate Judge for the purpose of conducting a *Lafler/Frye* hearing. Further, if the Court is amenable to it, the parties respectfully request that the hearing be held promptly—if possible, in the next week.

                              Respectfully submitted,

                              Erek L. Barron
                              United States Attorney

                                 /s/
              By:   Paul A. Riley
                      Michael Aubin
                      Assistant United States Attorney

CC:  All counsel (by ECF)