IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | | CASE NOS.: GLR-21-120 |
| | * | |
| XAVIER JONES | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR CONTINUANCE OF MARCH 6, 2023 TRIAL DATE

NOW COMES Defendant, Xavier Jones, by and through his attorneys, Tyler L. Mann of the Law Offices of Mann & Risch, LLC, hereby respectfully requests a continuance of the March 6, 2023 trial date. The grounds for this request are as follows:

1. The Defendant was arrested on December 23, 2020 on charges of armed robbery, assault, and handgun charges.

2. That the matter was originally charged in Baltimore County Circuit Court, but that matter was dismissed in lieu of the Federal charges.

3. The Defendant was later charged with two counts of Hobbs Act Robbery and two counts of use and brandishing of a firearm during a crime of violence by way of an indictment on April 22, 2021.

4. The Defendant had his initial appearance on June 9, 2021 and this attorney was appointed to represent the Defendant.

5. That a scheduling order was filed on April 13, 2022 after consultation with all parties setting the March 6, 2023 trial date. ECF #64.

6. That along with his original robbery charge, the Defendant picked up two new charges while incarcerated in Baltimore County, only resolving those on August 17, 2022.

7. The Defendant was held continuously at the Baltimore County Detention Center from December 23, 2020 to August 17, 2022, when he was then transported to the Prince Georges County Detention Center.

8. That the Defendant's remaining pending charges in Prince Georges County were dismissed in January 2023.

9. That in speaking with the Defendant, he desires more time to review the discovery in the matter, discuss plea with his family, discuss trial strategy with his attorney, and prepare for trial.

10. That the Defendant feels as if he has not been able to concentrate on the Federal matter since he was pending other cases in Baltimore and Prince Georges Counties for approximately 20 months.

11. That the Government does not consent to a continuance.

**WHEREFORE,** the Defendant requests a hearing on the matter or any other relief the Court finds appropriate.

Respectfully submitted,

_____/s/_____
Tyler Mann   #30028
Law Offices of Mann & Risch, LLC
101 E. Chesapeake Ave, Suite 403
Towson, Maryland  21286
tyler@mannrisch.com
410-929-5145 (office)
410-625-5809 (fax)

Attorney for Xavier Jones

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of February 2023 a copy of the foregoing Motion emailed, to Paul Riley, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____/s/_____
Tyler Mann