IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Case No. GLR 21-120 |
| | * | |
| XAVIER JEFFERY JONES | * | |
| Defendant | | |

* * *

**<u>ORDER</u>**

Pending before the Court is defendant Xavier Jones' Motion for Continuance of March 6, 2023 Trial Date. ECF No. 95.  The Government opposes the motion. ECF No. 101. No hearing is necessary.  For reasons outlined below, the motion will be DENIED.

On April 13, 2022, this Court scheduled a trial in this matter to commence on March 6, 2023. ECF No. 64. In that Order, the Court clearly referenced that there would be no changes to the scheduling order set forth in the order absent a showing of good cause. In the present motion the Defendant has not established good cause sufficient to warrant a continuance.  It should be noted that this Court, on September 23, 2022 denied a motion to sever the two remaining defendants in this criminal case.

As a basis for his request for continuance the Defendant asserts that he needs additional time to review discovery and discuss any pre-trial resolution with his family. As noted by the Government in the opposition the Defendant has had ample opportunity to review the discovery and consider any pre-trial resolution.  For these reasons as well as the reasons stated within the opposition the motion is hereby DENIED.

Date: February 13, 2023                                   _____/s/_____
                                                          George L. Russell, III
                                                          United States District Judge