IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| v. | * | CRIM NO. GLR-21-0120 |
| DONTE HERRING | * | |
| | * | |

\* \* \* \* \*

**DEFENDANT DONTE HERRING'S NOTICE TO WITHDRAW HIS PREVIOUSLY FILED MOTION TO PRECLUDE THE GOVERNMENT FROM INTRODUCING AT TRIAL ANY EVIDENCE SEIZED FROM AN ICLOUD ACCOUNT ATTRIBTED TO XAVIER JONES FOR INCOMPLETE AND LATE DISCLOSURE TO DEFENSE COUNSEL**

Defendant, Donte Herring, by and through his undersigned counsel, David Walsh-Little respectfully states as follows:

1. On or about February 19, 2023, Donte Herring filed a motion to preclude the Government from introducing any evidence seized from an iCloud account. ECF No. 111.

2. As the parties have conferred and resolved the issues raised in the filed motion, Donte Herring hereby withdraws this motion from consideration by the Court.

Respectfully submitted

/s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Withdrawal was sent to all parties via CM/ECF.

                                                            /s/
                                      DAVID WALSH-LITTLE, #23586

.