**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA     \*

           \*

    v.            CASE NOS.: GLR-21-120

           \*

XAVIER JONES            \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**REQUEST FOR ATTORNEY INQUIRY HEARING**</u>

      NOW COMES Defendant, Xavier Jones, by and through his attorneys, Tyler L. Mann of the Law Offices of Mann & Risch, LLC, hereby respectfully requests a continuance of the March 6, 2023 trial date.  The grounds for this request are as follows:

1. The Defendant was arrested on December 23, 2020 on charges of armed robbery, assault, and handgun charges.

2. The Defendant had his initial appearance in Federal Court on June 9, 2021 and this attorney was appointed to represent the Defendant.

3. That on February 19, 2023, this attorney received a text message from an unknown number, which expressed that the Defendant expressed my "services are no longer needed.  You have not been efficient when it comes to doing your job."  This attorney explained that a heading would be necessary to allow my discharge.  This number followed up on February 20, 2023 as to whether a hearing was set.

      **WHEREFORE,** the Defendant and attorney request an attorney inquiry hearing on the matter as soon as possible due to the March 6, 2023 trial date or any other relief the Court finds appropriate.

       Respectfully submitted,

       _____/s/_____
       Tyler Mann   #30028

Law Offices of Mann & Risch, LLC
101 E. Chesapeake Ave, Suite 403
Towson, Maryland  21286
tyler@mannrisch.com
410-929-5145 (office)
410-625-5809 (fax)

Attorney for Xavier Jones

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st  day of February 2023 a copy of the foregoing

Motion emailed, to Paul Riley, Assistant United States Attorney, 36 South Charles Street, Fourth

Floor, Baltimore, Maryland 21201.


_____/s/_____
Tyler Mann