IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  \*

vs.  Case No.  1:21-cr-00120-GLR-2

XAVIER JEFREY JONES  \*

\*

\*\*\*\*\*\*

### ORDER TO PRODUCE

Defendant is scheduled for trial before United States District Judge George L. Russell, III on March 6, 2023. Issues have arisen that prompted Judge Russell to refer Defendant for an attorney inquiry hearing that, due to the rapidly approaching trial date has been scheduled for today at 12:00 p.m. The Court understands that due to issues created by Defendant at the detention facility, he could not be transported this morning using ordinary means. However, as detailed above, due to the time-critical nature of today's proceeding, it is essential that Defendant appear. Accordingly, the United States Marshals Service is **ORDERED TO PRODUCE** Defendant for today's hearing using all necessary means that do not otherwise compromise security protocols in place for protection of the Courthouse and its personnel.

2/23/2023
Date

J. Mark Coulson
United States Magistrate Judge