

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Paul Riley*                      *Suite 400*                *DIRECT: 410-209-4959*
*Assistant United States Attorney*     *36 S. Charles Street*       *MAIN: 410-209-4800*
*Paul.Riley@usdoj.gov*              *Baltimore, MD 21201-3119*     *FAX: 410-962-3091*

February 23, 2023

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States v. Xavier Jones*, Crim. No. GLR-21-0120

Dear Judge Russell:

       We write on behalf of the Government in the above-referenced matter to inform the Court that earlier today—February 23, 2023—at the attorney inquiry hearing requested by Jones, ECF No. 114, Judge Coulson indicated that he would grant the Motion to Withdraw as Attorney filed by counsel to Jones.[1]

       In light of the fact that new counsel will be appointed, that counsel likely will wish to be present at the pre-trial conference, and that counsel will require some time to get up to speed in this case, the Government respectfully requests that the Court postpone (1) the pre-trial conference set for tomorrow February 24, 2023 and the trial currently set to begin on March 6, 2023; and (2) set a trial scheduling call with all parties, including counsel to Herring and Jones's new counsel, after counsel is appointed.

                                                   Respectfully submitted,

                                                   Erek L. Barron
                                                   United States Attorney

                                                        /s/
                        By:     Paul A. Riley
                              Michael Aubin
                              Assistant United States Attorney

CC:   All counsel (by ECF)

---

[1] Government counsel was not present during the substantive portion of the hearing. Accordingly, we rely on Jones's counsel's representations to us about what occurred during it.