**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---:|
| Chambers of | 101 West Lombard Street |
| Matthew J. Maddox | Chambers 3B |
| United States District Judge | Baltimore, Maryland 21201 |
| MDD_MJMChambers@mdd.uscourts.gov | (410) 962-3407 |

December 1, 2023

LETTER ORDER

      Re:   *United States v. Xavier Jeffrey Jones and Donte Antwaun Herring*
               <u>Criminal No. MJM-21-120</u>

Dear Counsel:

      This letter will confirm the results of our telephone conference call on November 30, 2023, and to set additional filing deadlines.

      The deadline for any additional defense motions will be **December 7, 2023**. The government's response(s) are due no later than **December 21, 2023**.

      Joint voir dire, the government's proposed jury instructions, and a proposed verdict sheet shall be filed no later than **January 12, 2024**, with copies emailed to Judge Maddox's chambers in Word format (mdd_mjmchambers@mdd.uscourts.gov).

      The pretrial conference is scheduled for **January 19, 2024**, at **9:30 a.m.**

      The trial of this case (9 days, jury) will begin on **February 26, 2024**, at **10:00 a.m.** Counsel should plan to arrive no later than 9:30 a.m. that morning. Please note that the Court will not sit for trial on Fridays.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed accordingly.

                                                          Sincerely yours,

                                                           /S/

                                                     Matthew J. Maddox
                                                   United States District Judge