UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Cr. No. MJM-21-120 |
| XAVIER JONES | * | |
| **Defendant** | * | |
| For: XAVIER JONES | * | |

## REQUEST FOR DETENTION HEARING

Defendant, XAVIER JONES, by his undersigned counsel, hereby requests this Honorable Court to hold a detention hearing to determine whether he can be released prior to trial and as grounds states:

1. Mr. Jones was indicted on April 22, 2021 and a superseding indictment was filed on October 24, 2023.   Trial is set to begin on February 26, 2024.

2. Mr. Jones was arrested by State authorities on these charges on December 24, 2020.   He approaches three years in jail pretrial at this point.

3. Mr. Jones had his initial appearance on June 9, 2021.   He was detained by agreement, with the understanding that he could request a detention hearing at any time.

4. At this time, Mr. Jones seeks to exercise his right to a detention hearing.   He proposes to be released to 24 hour lockdown at his mother's house where he would have his own bedroom and bathroom and have separate living quarters from the rest of the family.

5. In addition, Mr. Jones has the support of his community and his girlfriend, Nickia Mooring, who has arranged a petition seeking his release that now contains over 100 signatures.

6. And for other grounds stated at a detention hearing.

WHEREFORE, XAVIER JONES, hereby requests this Honorable Court to hold a detention hearing.

Respectfully submitted,

_____/s/_____
Richard Bardos, Of Counsel
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th of December, 2023, a copy of the foregoing was served electronically by email to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201 and all defense counsel.

\_\_\_\_\_/s/_____
Richard Bardos