IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | CRIMINAL NO. MJM-21-0120 |
| | * | |
| XAVIER JEFFREY JONES | * | |

*******

## ORDER

The Defendant is scheduled to appear before the Court at 11:30 a.m. today, December 15, 2023, for a Detention Hearing and *Lafler* Hearing. The Court has been notified, by the Marshals Service that the Defendant refuses to be transported to the Courthouse. The Defendant is in the custody of the U.S. Marshal. The Defendant is scheduled for trial on February 26, 2024, so timely attendance today to resolve pretrial matters is necessary in the interests of justice and to maintain the scheduling order in this case.

The U.S. Marshals Service is directed to bring the Defendant to the Courthouse by whatever reasonable means is necessary for the transportation. The Marshals Service will document any use of force that may be required consistent with the requirements of the USMS use of force policy.

Dated: 15 December 2023

A. David Copperthite
United States Magistrate Judge