___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

4:31 pm, Mar 01 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. MJM-21-0120 |
| DONTE HERRING, | |
| Defendant. | |

## Government's Exhibit List

| Ex. No. | Description | Witness | ADMIT | ID |
|---|---|---|---|---|
| **Robbery of Verizon Wireless – December 17, 2020** | | | | |
| 1 | Aerial Map and Exterior Photo of Verizon Wireless | | 2/27/24 | 2/27/24 |
| 2A | Surveillance Video Compilation | | 2/27/24 | 2/27/24 |
| 2B | Victim 911 Call | | 2/27/24 | 2/27/24 |
| 3 | Photo Clips From Surveillance Video | | 2/27/24 | 2/27/24 |
| 4 | Inventory of Stolen Phones and Cash | | 2/27/24 | 2/27/24 |
| 5A | Pulled Print – Interior Front Door (12/17 Robbery) (L-1) | | 2/27/24 | 2/27/24 |
| 5B | Pulled Print – Interior Front Door (12/17 Robbery) (L-2) | | 2/27/24 | 2/27/24 |
| 5C | Pulled Print – Front of Advertisement (12/17 Robbery) (L-3) | | 2/27/24 | 2/27/24 |
| 5D | Pulled Print – Front of Advertisement (12/17 Robbery) (L-4) | | 2/27/24 | 2/27/24 |
| 5E | Pulled Print – Front of Advertisement (12/17 Robbery) (L-5) | | 2/27/24 | 2/27/24 |
| 5F | Pulled Print – Back of Advertisement (12/17 Robbery) (L-6) | | 2/27/24 | 2/27/24 |
| 5G | Pulled Print – Phone on Table Closest to Front Door (L-01) (12/23 Robbery) | | 2/27/24 | 2/27/24 |

| | | | | |
|---|---|---|---|---|
| 5H | Pulled Print – Phone on Table Closest to Front Door (L-02) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5I | Pulled Print – Phone on Table 2d From Front Door (L-03) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5J | [EMPTY] | | | |
| 5K | Pulled Print – Phone on Table 2d From Front Door (L-04) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5L | Pulled Print – Phone on Table 3d From Front Door (L-05) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5M | Pulled Print – Phone on Table 3d From Front Door (L-06) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5N | Pulled Print – Phone on Table 4th From Front Door (L-07) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5O | Pulled Print – Phone on Table 4th From Front Door (L-08) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5P | Pulled Print – Phone on Table 4th From Front Door (L-09) (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5Q | Pulled Print – Evidence) (L-01) – Front of Paper (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5R | Pulled Print – Evidence (L-02) – Front of Paper (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5S | Pulled Print – Evidence (L-03) – Front of Paper (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5T | Pulled Print – Evidence (L-04) – Front of Paper (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5U | Pulled Print – Evidence (L-05) – Front of Paper (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5V | Garbage Bag Recovered from Scene (12/23 Robbery) | | 2/27/24 | 2/27/24 |
| 5W | Advertisement Paper Recovered from Scene (12/23 Robbery) | | 2/27/24 | 2/27/24 |

**Robbery of AT&T Store – December 23, 2020**

| | | | | |
|---|---|---|---|---|
| 6 | Aerial Map and Exterior Photo of AT&T Store | | 2/27/24 | 2/27/24 |
| 7A | Surveillance Video Compilation | | 2/27/24 | 2/27/24 |
| 7B | Photo Clips from surveillance video | | 2/27/24 | 2/27/24 |
| 8A | Inventory of Stolen Phones | | 2/27/24 | 2/27/24 |
| 8B | Inventory of Stolen Accessories | | 2/27/24 | 2/27/24 |
| **Pursuit to 5724 Calverton Street, Searches, And Arrests of Defendants** | | | | |
| 9A | 3SI Tracking Data | | 2/27/24 | 2/27/24 |
| 9B | 3SI Map | | 2/27/24 | 2/27/24 |
| 9C | Clip of 3SI Tracker Animation | | 2/27/24 | 2/27/24 |
| 10A | Video Clip of Aerial Footage | | 2/27/24 | 2/27/24 |
| 10B | Photo Clips from Aerial Surveillance Footage | | 2/27/24 | 2/27/24 |
| 11A | Photos from Search of Residence | | 2/28/24 | 2/28/24 |
| 11B | Photo of Herring | | 2/28/24 | 2/28/24 |
| 11C | Photo of Jones | | 2/28/24 | 2/28/24 |
| 11D | Photo of Dashiell | | 2/28/24 | 2/28/24 |
| 12A | Screwdriver (outside behind AC unit) | | 2/28/24 | 2/28/24 |
| 12B | Two Maryland Tags – 7EB5976 (outside behind AC unit) | | 2/28/24 | 2/28/24 |
| 12C | Black mask (outside behind AC unit) | | 2/28/24 | 2/28/24 |
| 12D | Roll of trash bags (outside behind AC unit) | | 2/28/24 | 2/28/24 |
| 13A | Maryland Tag 9DF4931 (van – under driver's seat) | | | |
| 13B | Maryland Tag 7DX6155 (van – rear passenger tire) | | 2/28/24 | 2/28/24 |
| 14A | Video Jones Statement (Bio Questions) | | 2/28/24 | 2/28/24 |
| 14A2 | Video of Herring Statement (Bio Questions) | | 2/28/24 | 2/28/24 |

| | | | | |
|---|---|---|---|---|
| 14B | Paperwork (Kia – glovebox) – Rent a Wreck Agreement | | | |
| 14C | Black Pants With White Stripe (Kia – passenger floor, back seat) | | 2/28/24 | 2/28/24 |
| 14D | 3 black/grey gloves (Kia – trunk) | | 2/28/24 | 2/28/24 |
| 14E | Black trash bags (Kia – trunk) | | 2/28/24 | 2/28/24 |
| 14F | Tan Work Boots (Size 9.5) (Kia) | | 2/28/24 | 2/28/24 |
| 15A.1 | Neon hat (basement) | | 2/28/24 | 2/28/24 |
| 15A.2 | Grey glove (basement) (Item #55) | | 2/28/24 | 2/28/24 |
| 15B | Neon construction outfit vest (basement back bedroom) | | 2/28/24 | 2/28/24 |
| 15C | Neon construction outfit bottom (basement bedroom) | | 2/28/24 | 2/28/24 |
| 15D | Blue Helly Hansen overalls (basement bedroom) | | 2/28/24 | 2/28/24 |
| 15E | Herring's Silver iPhone (basement bedroom) | | 2/28/24 | 2/28/24 |
| 15F | Silver and yellow UA hoodie (basement bedroom) | | 2/28/24 | 2/28/24 |
| 15G | Nike hoodie (basement bedroom) | | 2/28/24 | 2/28/24 |
| 15H | Knit hat with express written on it (basement bedroom) (item 62) | | 2/28/24 | 2/28/24 |
| 15I | Grey glove (basement bedroom shelf) (Item #63) | | 2/28/24 | 2/28/24 |
| 15J.1 | Reebok satchel (basement) | | 2/28/24 | 2/28/24 |
| 15K | [Empty] | | | |
| 15L | [Empty] | | | |
| 15M | Pepper spray in neon vest | | 2/28/24 | 2/28/24 |
| 15N | Handgun – grey/black slide (attic) | | 2/28/24 | 2/28/24 |
| 15O | Magazine and ammo for grey/black handgun (attic) | | 2/28/24 | 2/28/24 |

| | | | | |
|---|---|---|---|---|
| 15P | Kia Keys (attic) | | 2/28/24 | 2/28/24 |
| 15Q | Keys – Dodge (attic) | | 2/28/24 | 2/28/24 |
| 15R | Dashiell's Gray LG Flip phone (attic) | | 2/28/24 | 2/28/24 |
| 15S | Black Mask / Balaclava (attic) | | 2/28/24 | 2/28/24 |
| 15T.1 | Black Taurus firearm (purse hanging on rear bathroom door) | | 2/28/24 | 2/28/24 |
| 15T.2 | Magazine and ammunition found in Taurus firearm | | 2/28/24 | 2/28/24 |
| 15U.1 | Black Stoeger Brand Firearm with magazine (kitchen in cereal box) | | 2/28/24 | 2/28/24 |
| 15U.2 | Magazine and ammunition found in Stoeger firearm | | 2/28/24 | 2/28/24 |
| 15V | Black cell phone (second floor back bedroom) (Dashiell) (202-451-1474) | | 2/28/24 | 2/28/24 |
| 15W | Red iPhone (seized from Jones's person) | | 2/28/24 | 2/28/24 |
| 15X | One Bullet (seized from Jones's person) | | 2/28/24 | 2/28/24 |
| 15Y | Keys from attic | | 2/28/24 | 2/28/24 |
| 16A | Jones's Super Dry Coat (Item 51) | | 2/28/24 | 2/28/24 |
| 16B | Jones's Adidas Sneakers (Item 50) | | 2/28/24 | 2/28/24 |
| 16C | Herring's Multi-colored New Balance 997s Sneakers (Item 48) | | 2/27/24 | 2/27/24 |
| 16D | Herring's Mickey Mouse Shirt | | 2/27/24 | 2/27/24 |
| 16E | GPS Monitor Worn By Herring | | 2/27/24 | 2/27/24 |
| 16F | Dashiell's Guess Sweatshirt | | 2/28/24 | 2/28/24 |
| 16G | Dashiell's New Balance Sneakers | | 2/28/24 | 2/28/24 |
| 17A | Still images from video of search of Jones | | 2/27/24 | 2/27/24 |
| 17B | Still images from video of search of Herring | | 2/27/24 | 2/27/24 |
| 17C | Video of search of Herring | | 2/27/24 | 2/27/24 |
| 17D | Video of search of 5724 Calverton Street | | 2/27/24 | 2/27/24 |

Case 1:21-cr-00120-MJM   Document 186   Filed 03/01/24   Page 6 of 8

| | | | | | |
|---|---|---|---|---|---|
| 18A | Davis Grand Jury Transcript (if needed) | | | | |
| 18B | Davis Grand Jury Exhibits (if needed) | | | | |
| **Prints, GPS Monitoring, CAST, and Phone Records** | | | | | |
| 19A | Print Card for Xavier Jones | | | 2/29/24 | 2/29/24 |
| 19B | Print Card for Donte Herring | | | 2/29/24 | 2/29/24 |
| 19C | Print Card for Rico Dashiell | | | 1 | |
| 20A | Securus GPS Data | | | 2/28/24 | 2/28/24 |
| 20B | Securus – Enrollee Event Report | | | | |
| 21 | CAST Report | | | 2/28/24 | 2/28/24 |
| 22A | CDRs for (202-451-1474) | | | | |
| 22B | Subscriber Information for 202-210-3196 (Herring) | | | 2/29/24 | 2/29/24 |
| 22C | CDRs for 202-210-3196 (Herring) | | | | |
| 22D | Subscriber Information for 202-235-3667 (Jones), 202-913-3294 (Dashiell) | | | 2/29/24 | 2/29/24 |
| 22E | CDRs for 202-235-3667 (Jones) | | | | |
| 22F | CDRs for 202-913-3294 (Jones) | | | | |
| 22G | Tower List | | | | |
| 22H | Subscriber Information for 202-883-1711 (Francine Williams) | | | 2/29/24 | 2/29/24 |
| 22I | Subscriber Info for 202-931-2509 (Shaniya Parker) | | | 2/29/24 | 2/29/24 |
| 22J | Subscriber Info for 202-352-2636 (big bruh in Herring phone) | | | 2/29/24 | 2/29/24 |
| **Phone and iCloud Evidence** | | | | | |
| 23A | Phone Info (Apple iPhone 6) (Herring) | | | | |
| 23B | Photos (Herring) | | | 2/29/24 | 2/29/24 |
| 23C | Text messages – Herring and Parker | | | 2/29/24 | 2/29/24 |

| | | | | |
|---|---|---|---|---|
| 23D | Video of Herring and Parker | | 2/29/24 | 2/29/24 |
| 23E | Text messages – Herring and Parker | | 2/29/24 | 2/29/24 |
| 23F | Text messages – Herring and Parker | | 2/29/24 | 2/29/24 |
| 23G | Text Messages – Herring and "Big Bruh" | | 2/29/24 | 2/29/24 |
| 23H | Text Messages – Herring and Jones | | 2/29/24 | 2/29/24 |
| 23I | Photos of Flip Phone (Dashiell and Jones) | | | |
| 24A | iCloud Subscriber Information -- herringdonte007@icloud.com | | 2/29/24 | 2/29/24 |
| 24B | iCloud Subscriber Information -- xxdagreat.sge@icloud.com | | 2/29/24 | 2/29/24 |
| 24C | iCloud Subscriber Information -- dashiell023@icloud.com | | | |
| 25A | iCloud Photos -- xxdagreat.sge@icloud.com – Jones and Associates Photos | | 2/29/24 | 2/29/24 |
| 25B | iCloud Photos -- xxdagreat.sge@icloud.com – Herring Photos | | 2/29/24 | 2/29/24 |
| 25C | iCloud Photos -- xxdagreat.sge@icloud.com – Firearm Photos | | | |
| **Miscellaneous Records** | | | | |
| 26A | Kia – Maryland Registration Tag Records – 7EB5976 | | | |
| 26B | Maryland Registration Tag Records – 7DX6155 | | | |
| 26C | Maryland Registration Tag Records – 9DF4931 | | | |
| 26D | Avis Car Rental Records | | | |
| 26E | Rent a Wreck Records | | 2/28/24 | 2/28/24 |
| 27 | [EMPTY] | | | |
| 28 | Photo of R. Sudduth | | 2/29/24 | 2/29/24 |

| 29 | Summary Chart – Seized Phones and Subscriber Information | | 2/29/24 | 2/29/24 |
|---|---|---|---|---|
| 30 | Posterboard Containing Summary Chart – Seized Phones and Subscriber Information | | 2/29/24 | 2/29/24 |
| 31 | Affidavit for Search Warrant | | | 2/28/24 |
| 32 | Certified MVA Record (R. Sudduth) | | 2/29/24 | 2/29/24 |
| 33 | Background Applicant Print Card (R. Sudduth) | | 2/29/24 | 2/29/24 |