IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ✓ FILED ___ ENTERED<br>___ LOGGED ___ RECEIVED<br>4:32 pm, Mar 01 2024<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ Deputy |
| v. | |
| DONTE ANTWUAN HERRING, | CRIMINAL NO. MJM-21-0120 |
| Defendant. | |

## VERDICT FORM

**COUNTS ONE AND TWO** – December 17, 2020, Russell Cellular Verizon store located at 3920 Washington Blvd. Suite 200, Halethorpe, Maryland 21229

How do you find defendant **DONTE HERRING** as to **COUNT ONE** (Interference With Interstate Commerce By Robbery)?

Not Guilty _____      Guilty ___✓___

How do you find defendant **DONTE HERRING** as to **COUNT TWO** (Brandishing Of A Firearm During And In Relation To A Crime Of Violence)

Not Guilty _____      Guilty ___✓___

**COUNTS THREE AND FOUR** – December 23, 2020, AT&T store located at 10215 Reisterstown Road, Owings Mills, Maryland 21117

How do you find defendant **DONTE HERRING** as to **COUNT THREE** (Interference With Interference Commerce By Robbery)?

Not Guilty _____      Guilty ___✓___

How do you find defendant **DONTE HERRING** as to **COUNT FOUR** (Brandishing Of A Firearm During And In Relation To A Crime Of Violence)

Not Guilty _____    Guilty \_\_\_✓_____

The foregoing constitutes the <u>unanimous</u> verdict of the jury.

**SIGNATURE REDACTED**

**FOREPERSON**          3/1/24
                        **DATE**

2